IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY KENDELL JOHNSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIV-07-555-R ) |
| JUSTIN JONES, Director, et al., | ) ) |
| Respondents. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered May 15, 2007 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Nor has Petitioner paid the filing fee. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Petitioner's motion for leave to proceed in forma pauperis is DENIED; Petitioner is ORDERED to pay the filing fee of $5.00 within twenty (20) days of the date of this Order; and this action will be deemed DISMISSED without prejudice within twenty (20) days of the date of this Order unless Petitioner pays the filing fee or shows good cause for his failure to do so before such time.

**IT IS SO ORDERED** this 7th day of June, 2007.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE