## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TIMOTHY KENDALL JOHNSON,** | ) |
| Petitioner, | ) |
| v. | ) CIV-07-555-R |
| **JUSTIN JONES, et al.,** | ) |
| Respondents. | ) |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered November 21, 2007. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 26] is ADOPTED in its entirety and the petition of Timothy Kendall Johnson for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE